```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
11                 UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14
15  UNITED STATES OF AMERICA,        )   No.: CR 3-05-70675 BZ
                                     )
16         Plaintiff,                )
                                     )   [PROPOSED] ORDER EXTENDING
17     v.                            )   TIME FOR PRELIMINARY HEARING
                                     )   UNDER RULE 5.1(d)
18  FAREEDA LAKHANI,                 )
                                     )
19         Defendant.                )
                                     )
20  _____)
```

21      This matter came on the calendar of the Honorable Joseph C. Spero on September 1,

22 2005 for preliminary hearing or arraignment. At the parties' request, the Court continued the

23 matter until September 16, 2005 for preliminary hearing or arraignment. The defendant

24 consented to an extension of time for the preliminary hearing under Federal Rule of Criminal

25 Procedure 5.1(d).

26      The parties requested a Rule 5.1(d) extension of time until September 16, 2005 based

27 upon the need for effective preparation of counsel. The government has recently provided

28

[PROPOSED] ORDER EXTENDING TIME FOR
PRELIMINARY HEARING UNDER RULE 5.1(d)
No.: CR 3-05-70675 BZ

1  discovery to the defense and the parties are engaged in discussions which might lead to pre-
2  indictment resolution of this case.  Therefore, the parties are requesting an extension of time
3  under Rule 5.1(d).  The parties agree that the time from September 1 through September 16, 2005
4  should be extended under Rule 5.1(d).
5      Accordingly, the Court HEREBY ORDERS, for good cause shown, that the preliminary
6  hearing should be extended under Rule 5.1(d).  The Court finds that the parties' request, made
7  with the defendant's consent and upon a showing of good cause, outweighs the public interest in
8  the prompt disposition of criminal cases.  See Fed. R. Crim. P. 5.1(d)
9      SO ORDERED.
10
11 DATED:  Sept. 2, 2005  
                                                  HONORABLE JOSEPH C. SPERO
12                                                   UNITED STATES MAGISTRATE JUDGE
13 Approved as to form:
14
15 /s/ Stephen Eckdish  
   STEPHEN ECKDISH
16 Attorney for Defendant
17
18 /s/ Monica Fernandez  
   MONICA FERNANDEZ
19 Assistant United States Attorney
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME FOR  
PRELIMINARY HEARING UNDER RULE 5.1(d)  
No.: CR 3-05-70675 BZ         2